**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JANNA GARRETT** **PLAINTIFF**

**v.** **Case No: 4:26-cv-00501-LPR**

**REAL ESTATE CONNECTION, INC., et al.** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 7th day of October 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE